IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE A ALBINO OTERO

XXX-XX-5084

Debtor(s)

CASE NO. 10-08923 BKT

Chapter 13

FILED & ENTERED ON 03/02/2011

### ORDER

Debtor's second motion to value collateral and to determine secured status (docket #21) is denied without prejudice to the filing of a proceeding under Fed.R.Bktcy.P. 7001(2); and it is further

ORDERED that upon debtor's answer (docket #22), the trustee's motion to dismiss (docket #18) is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 02 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JESUS ENRIQUE BATISTA SANCHEZ
ALEJANDRO OLIVERAS RIVERA