**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| IN RE: | **JOSE A ALBINO-OTERO** | | BK. CASE # | **10-08923** |
|---|---|---|---|---|
| | DEBTOR(S) | | CHAPTER 13 | |

## CHAPTER 13 PAYMENT PLAN

NOTICE: • The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. • **This plan does not allow claims. Any party entitled to receive disbursements from the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. • See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate the plan distribution.**

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:

   ☑ directly ☐ by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

☑ 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED:   April 22, 2011                         ☑ AMENDED PLAN DATED:   April 22, 2011

☐ PRE ☑ POST-CONFIRMATION                    FILED BY ☑ DEBTOR ☐ TRUSTEE ☐ UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | 521.06 | x | 6 | = $ | 3,126.36 |
|---|---|---|---|---|---|
| $ | 560.00 | x | 54 | = $ | 30,240.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| | TOTAL = | | 60 | $ | 33,366.36 |

Additional Payments:

$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from
☐ Sale of property identified as follows:

☐ Other: _____

Periodic Payments to be made other than and in addition to the above.
$ 55,004.72 x 1 = $ 55,004.72
To be made on: Payment Number 60 (on/or

**PROPOSED PLAN BASE: $ 33,366.36**

### II. ATTORNEY'S FEES

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

| a. Rule 2016(b) Statement: | $ | 3,500.00 | |
| b. Fees Paid (Pre-Petition): | ($ | 2,000.00 | ) |
| c. R 2016 Outstanding balance: | ($ | 1,500.00 | ) |

d. Post Petition Additional Fees: $ 0.00
e. Total Compensation: $ 3,500.00

Signed:   /s/ JOSE A ALBINO-OTERO
              DEBTOR

              JOINT DEBTOR

### III. DISBURSEMENT SCHEDULE SEQUENCE

**A.  SECURED CLAIMS:** ☐ Debtor represents that there are no secured claims.

☑ Secured creditors will retain their liens and shall be paid as follows:

☐ ADEQUATE PROTECTION Payments: Cr. _____   $ 0.00
☐ Trustee will pay secured ARREARS:
| Cr. _____ | Cr. _____ | Cr. _____ |
| Acct. _____ | Acct. _____ | Acct. _____ |
| $ _____ | $ _____ | $ _____ |

☐ Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
| Cr. _____ | Cr. _____ | Cr. _____ |
| Acct. _____ | Acct. _____ | Acct. _____ |
| Monthly Pymt.$ _____ | Monthly Pymt.$ _____ | Monthly Pymt.$ _____ |

☐ Trustee will pay IN FULL Secured Claims:
| Cr. _____ | Cr. _____ | Cr. _____ |
| $ _____ | $ _____ | $ _____ |

☑ Trustee will pay VALUE OF COLLATERAL:
| Cr. LBPS as Servicer | Cr. _____ | Cr. _____ |
| $. 58,000.00 | $. _____ | $. _____ |

☐ Secured Creditor's interest will be insured. INSURANCE POLICY will be paid through plan:
Cr. _____ Ins. Co. _____ Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

☐ Debtor SURRENDERS COLLATERAL TO Lien Holder:
☐ Debtor will maintain REGULAR PAYMENTS DIRECTLY to:

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
☐

**C. UNSECURED PREFERRED:** Plan ☐ Classifies ☑ Does not Classify claims
☐ Class A: ☐ Co-debtor Claims: ☐ Pay 100%/☐ "Pay Ahead"
☐ Class B: ☐ Other Class:
| ☐ Cr. _____ | ☐ Cr. _____ | ☐ Cr. _____ |
| $ _____ | $ _____ | $ _____ |

**D. GENERAL UNSECURED NOT PREFERRED:**   (Case Liquidation Value = $ 0.00   )

☑ Will be paid 100% plus % Legal Interest. ☐ Will be paid Pro-Rata from any remaining funds

OTHER PROVISIONS:

ATTORNEY FOR DEBTOR:   /s/ Jesus E. Batista, Esq.          Phone:   (407) 306-8066

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: JOSE A ALBINO-OTERO | BK. CASE # **10-08923** |
| DEBTOR(S) | CHAPTER 13 |

## CHPTER 13 – ADDITIONAL PLAN PROVISIONS

### I.   ATTORNEY FEE PROVISION:

1. TRUSTEE WILL PAY ATTORNEY'S FEES BEFORE ANY CLAIM AND AFTER ADMINISTRATIVE EXPENSES.

### II.   TAX REFUND PROVISION:

1. ANY POST PETITION INCOME TAX REFUND THAT THE DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED AND THE BASE OF THE PLAN SHALL BE INCREASED BY AN AMONTNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND RECEIVE.

### III.   CRAM-DOWN, AND ADVERSARY PROCEEDING TO VOID ALLEGED SECURED LIEN:

1. **CRAM-DOWN:**   THE CHAPTER 13 PLAN TREATS THE ALLEGED SECURED CLAIM OF FANNIE MAE AS IF THE COURT VALUES SUCH A CLAIM AT THE CURRENT APPRAISED VALUE OF $58,000.00, ACCORDINGLY GRANTING FANNIE MAE AN ALLOWED SECURED CLAIM OF $58,000.00 AND AN ALLOWED UNSECURED CLAIM FOR THE DIFFERENCE. DEBTOR SHALL MAKE PAYMENTS OF PRINCIPAL AND INTEREST ON THE ALLOWED SECURED CLAIM OF FANNIE MAE AT AN INTEREST RATE OF 5.25% BASED ON A 30-YEAR AMORTIZATION FOR MONTHS 1THROUGH 23 OF THIS CHAPTER 13 PLAN. THE BALANCE OF THE ALLOWED SECURED CLAIM OF FANNIE MAE SHALL BE PAID, IN FULL, IN MONTH 24 OF THIS CHAPTER 13 PLAN. DEBTOR RESERVES THE RIGHT TO REQUEST AN EXTENSION OF TIME TO COMPLY WITH THIS BALLOON PAYMENT DUE DATE IF HE IS UNABLE TO PROCURE FINANCING OR HAVE SUFFCIENT FUNDS TO SATISFY THE BANANCE OF THE ALLOWED SECURED CLAIM OF FANNIE MAE. IF THE COURT GRANTS SUCH AN EXTENSION OF TIME, THE DEBTOR SHALL CONTINUE TO MAKE PAYMENTS OF INTEREST AND PRINCIPAL, AT THE SAME RATE APPLICABLE TO MONTHS 1-23, FOR THE PERIOD OF TIME GANTED BY THE COURT.
CRAM-DOWN PAYMENTS ARE SUBJECT TO AND CONDITION ON THE ADJUDICATION OF THE OBJECTION TO POC-3 FILED BY TRUSTEE AND JOINED BY DEBTOR. IF POC-3 IS DEEMED ALLOWED THE DEBTOR WILL SEEK AN ORDER FROM THIS COURT TO MAKE ON GOING PAYMENTS TO SECURED CREDITOR THROUGH TRUSTEE'S OFFICE.

**2. ADVERSARY PROCEEDING:** DEBTOR DOES NOT CONCEDE THAT FANNIE MAE IS IN FACT A CREDITOR OF DEBTOR OR THAT IT IS ENTITLED TO AN ALLOWED CLAIM, SECURED OR UNSECURED. TO HELP EXPEDIATE THE ADJUDICATION OF THESE ISSUES, DEBTOR HEREBY INFORMS AND CONDITIONS THIS PLAN AS FOLLOWS:

    **a.** FORTHCOMING, DEBTOR WILL FILE AN ADVERSARY PROCEEDING SEEKING TO CLARIFY AND ADJUDICATE THE FOLLOWING:

        **i. COUNT I: DECLARATORY ACTION SEEKING TO DETERMINE WHOM, IF ANY, IS THE SECURED CREDITOR IN THE INSTANT CASE.** BEFORE THE COURT IS AN UNENDORSED PROMISSORY NOTE PAYABLE TO THE ORDER OF GREENPOINTE MORTGAGE; FANNIE MAE HAS FILED A PROOF OF CLAIM; AND IN A FLORIDA FORECLOSURE ACTION WITH RESPECT TO THIS PROPERTY BAC HOME LOANS (BANK OF AMERICA) SOUGHT AND OBTAINED A FINAL JUDGMENT OF FORECLOSURE ALLEGING TO BE THE OWNER AND HOLDER OF THE NOTE AND MORTGAGE;

        **ii. COUNT II: TO THE EXTENT THERE IS A SECURED CREDITOR ENTITLED TO AN ALLOWED SECURED CLAIM, THEN DEBTOR SEEKS TO VALUE SUCH CLAIM PURSUANT TO SECTION 506 OF THE CODE.** TO THIS MOMENT, NO ONE HAS OBJECTED TO THE VALUATION OF THE SUBJECT REALTY AT $58,000.00. DEBTOR HAS TWICE FILED WITH THIS COURT A COPY OF A RECENT APPRAISAL OF THE REALTY AND NO OBJECTIONS HAVE BEEN RAISED.

        IF THE COURT DETERMINES THERE IS IN FACT AN ALLOWED SECURED CLAIM IN THIS CASE, AND THE CLAIM IS VALUED AT $58,000.00, THEN THE PLAN THAT IS BEING SUBMITTED HEREWITH WILL PAY THE SECURED CLAIM OF $58,000.00 AS SET FORTH ABOVE AND TREAT ANY REAMING CLAIM AS AN ALLOWED UNSECURED CLAIM.

## IV. SUMMARRY

1. FOR CLARIFICATION PURPOSES, DEBTOR HEREBY ATTACHES EXHIBIT "A" A SUMMARY OF THE PAYMENTS CONTEMPLATED BY THIS CHAPTER 13 PLAN.

**Best Case Bankruptcy**

APR 22,2011
12:33PM

## Chapter 13 Plan Summary Report

*Albino Otero, Jose A*

| Payments into Plan | | | Summary of Payout | |
|---|---|---|---|---|
| **Monthly Payment** | **Number of Months** | | Attorney & Filing Fee | 1,500.00 |
| 521.06 | 6 | | Trustee's Fee | 3,336.66 |
| 560.00 | 54 | | Principal to Creditors | 20,483.03 |
| | | | Interest to Creditors | 0.00 |
| **Lumpsum Payment** | **In Month Number** | | Over Payments | 8,046.67 |
| | | | Total Plan Payments | 33,366.36 |

**60 Month Plan**     **100% for unsecured, non-priority**

## Plan Summary by Creditor Classification

| Code | Classification | Total Claims | Total Payout | Start | End |
|---|---|---|---|---|---|
| ATTY | ATTY-Attorney Fees | 1,500.00 | 0.00 | 1 | 60 |
| SFP | SFP-Secured, fixed payment | 58,000.00 | 19,800.00 | 1 | 60 |
| UGEN | UGEN-Unsecured General Nonpriority | 2,183.03 | 2,183.03 | 1 | 60 |
| NOT | NOT-Not In Plan | 148,591.00 | 0.00 | 60 | 60 |

## Liquidation Summary

| Description | Amount |
|---|---|
| Total Property Value | 59,835.00 |
| Less: | |
| Schedule D. Secured Claims | 58,000.00 |
| Schedule E. Priority Claims | 0.00 |
| Schedule C. Exemptions | 1,835.00 |
| Administrative Costs | 0.00 |
| | ---------------- |
| Available to General Unsecured | 0.00 |
| Total General Unsecured | 150,774.03 |
| Percent Distribution | 0.0% |
| Details: | |
| Property from Schedule A. | 58,000.00 |
| Property from Schedule B. | 1,835.00 |
| Unsecured from Schedule D. | 147,791.00 |
| Includes Avoided Liens | 0.00 |
| Unsecured from Schedule E. | 0.00 |
| Unsecured from Schedule F. | 2,983.03 |

Label Matrix for local noticing
0104-3
Case 10-08923-BKT13
District of Puerto Rico
Old San Juan
Fri Apr 22 10:53:25 AST 2011

B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

GE MONEY BANK (SAMS CLUB)
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE SUITE 1120
MIAMI, FL 33131-1605

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

ATT Mobility LLC
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

American Infosource Lp As Agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

Banco Popular De Puert
209 Munoz Rivera Ave
San Juan, PR 00918-1000

Coop Arecibo
Box 1056
Arecibo, PR 00613-1056

IBM - Lender Business Process Services
PO Box 4128
Beaverton, OR 97076-4128

Matthew T. Shapanka
Law Offices of David J Stern
900 South Pine Island Rd. Ste 400
Fort Lauderdale, FL 33324-3920

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

JESUS ENRIQUE BATISTA SANCHEZ
BARTOLONE & BATISTA LLP
ATRIUM BUSINESS CENTER
530 AVE DE LA CONSTITUCION
SAN JUAN, PR 00901-2304

JOSE A ALBINO OTERO
URB LEVITTOWN 5TA SECCION
BX 11 CALLE DR FRANCISCO RENDON
TOA BAJA, PR 00949

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

End of Label Matrix
Mailable recipients      16
Bypassed recipients       1
Total                    17