**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

**IN RE**                                                       **CASE NUMBER  10-08923-BKT**

**JOSE A ALBINO OTERO**

                                               **CHAPTER 13**

**Debtor(s)**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\\

**TRUSTEE'S CERTIFICATION OF DISCHARGE**

**TO THE HONORABLE COURT:**

   **COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

   1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-2(j)**

   2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

**11 U.S.C. 1328(f) Prior Discharge**

   3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

   4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(g)
Instructional Course Requirement**

   5. Debtor(s) has/have filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

   6. Section 1328(h) is not applicable in the present case.

     **WHEREFORE**, it is respectfully requested from this Honorable

Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this 11/20/2015.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com


By: /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

| 10-08923-BKT | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO  63195-3185 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN  56302-9617 |
| THD/CBSD<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS INC<br>ATTN RAMESH SINGH<br>25 SE 2ND AVENUE STE 1120<br>MIAMI, FL  33131-1605 |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK  73124-8848 | JOSE A ALBINO OTERO<br>817 N KINGSWAY RD<br>SEFFNER, FL  33584-3632 |
| JESUS ENRIQUE BATISTA SANCHEZ *<br>THE BATISTA LAW GROUP PSC<br>COND MID TOWN CENTER<br>421 AVE  MUNOZ RIVERA STE 901<br>SAN JUAN, PR  00918 | FANNIE MAE<br>C/O LENDER BUSINESS PROCESS SERVICES<br>PO BOX 4128<br>BEAVERTON, OR  97076-4128 |
| LBPS<br>C/O MARTINEZ & TORRES LAW OFFICES<br>PO BOX 192938<br>SAN JUAN, PR  00919-2938 | EAST BAY FUNDING<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603 |
| LENDER BUSINESS PROCESS SERVICES<br>PO BOX 4128<br>BEAVERTON, OR  97076-4128 | |
| JOSE A ALBINO OTERO<br>817 N KINGSWAY RD<br>SEFFNER, FL  33584-3632 | |
| JESUS ENRIQUE BATISTA SANCHEZ *<br>THE BATISTA LAW GROUP PSC<br>COND MID TOWN CENTER<br>421 AVE  MUNOZ RIVERA STE 901 | |

DATED: 11/20/2015

/s/ Hector Perez
OFFICE OF THE CHAPTER 13 TRUSTEE