**UNITED STATES BANKRUPTCY COURT**
**DISTRICT 1**

| | |
|---|---|
| In re:<br><br>JOSE A ALBINO OTERO<br><br>Debtor(s) | Case No. 10-08923-BKT |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/27/2010.

2) The plan was confirmed on 02/27/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/15/2015.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,835.00.

10) Amount of unsecured claims discharged without payment: $146,443.34.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $33,750.60 |
| Less amount refunded to debtor | $384.24 |

**NET RECEIPTS:** $33,366.36

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,331.57 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,331.57

Attorney fees paid and disclosed by debtor: $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGE | Unsecured | NA | 0.00 | 219.42 | 6.53 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 0.00 | 336.30 | 10.01 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,511.00 | 0.00 | 1,637.21 | 48.64 | 0.00 |
| LENDER BUSINESS PROCESS SERVIC | Unsecured | 0.00 | 0.00 | 148,736.60 | 4,421.01 | 0.00 |
| LENDER BUSINESS PROCESS SERVIC | Secured | 0.00 | 0.00 | 66,500.00 | 25,548.60 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $66,500.00 | $25,548.60 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$66,500.00** | **$25,548.60** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$150,929.53** | **$4,486.19** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,331.57 |
| Disbursements to Creditors | $30,034.79 |
| **TOTAL DISBURSEMENTS :** | **$33,366.36** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/20/2015        By: /s/ ALEJANDRO OLIVERAS RIVERA
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

| | |
|---|---|
| 10-08923-BKT | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

JOSE A ALBINO OTERO
817 N KINGSWAY RD
SEFFNER, FL 33584-3632

FANNIE MAE
C/O LENDER BUSINESS PROCESS SERVICES
PO BOX 4128
BEAVERTON, OR 97076-4128

THD/CBSD
PO BOX 6497
SIOUX FALLS, SD 57117

AMERICAN INFOSOURCE LP AS AGENT FOR
T MOBILE/T MOBILE USA INC
PO BOX 248848
OKLAHOMA CITY, OK 73124-8848

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS INC
ATTN RAMESH SINGH
25 SE 2ND AVENUE STE 1120
MIAMI, FL 33131-1605

LBPS
C/O MARTINEZ & TORRES LAW OFFICES
PO BOX 192938
SAN JUAN, PR 00919-2938

EAST BAY FUNDING
C/O RESURGENT CAPITAL SERVICES
PO BOX 288
GREENVILLE, SC 29603

LENDER BUSINESS PROCESS SERVICES
PO BOX 4128
BEAVERTON, OR 97076-4128

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

                                                        S/RENE GOMEZ
DATED: November 20, 2015                        OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**